IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-177-MOC-DCK

| ANDRE ANTONIO DAVIS, | ) | |
|---|---|---|
| **Plaintiff,** | ) | |
| v. | ) | **ORDER** |
| MICROSOFT CORPORATION, SATYA NADELLA, VANGUARD GROUP, INC., and BLACKROCK FUND ADVISORS, | ) | |
| **Defendants**. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Matthew W. Krueger-Andes, concerning W. Ward Morrison, Jr., on August 6, 2021. W. Ward Morrison, Jr. seeks to appear as counsel *pro hac vice* for Defendant Microsoft Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. W. Ward Morrison, Jr. is hereby admitted *pro hac vice* to represent Defendant Microsoft Corporation.

**SO ORDERED**.

Signed: August 9, 2021

David C. Keesler
United States Magistrate Judge