IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:21-CV-177-MOC-DCK

| | |
|---|---|
| ANDRE ANTONIO DAVIS, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICROSOFT CORPORATION, SATYA ) | |
| NADELLA, VANGUARD GROUP, INC., and ) | |
| BLACKROCK FUND ADVISORS, ) | |
| ) | |
| **Defendants**. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Matthew W. Krueger-Andes, concerning Laura P. Hansen, on August 6, 2021. Laura P. Hansen seeks to appear as counsel *pro hac vice* for Defendant Microsoft Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Laura P. Hansen is hereby admitted *pro hac vice* to represent Defendant Microsoft Corporation.

**SO ORDERED**.

Signed: August 9, 2021

David C. Keesler
United States Magistrate Judge